# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:17-cr-308-T-36TGW

MANUEL SILVA

_____/

# O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on October 6, 2017 (Doc. 59). In the Report and Recommendation, Magistrate Judge Wilson recommends that Manuel Silva's Motion to Dismiss Indictment (Doc. 40) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 59) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Defendant Manuel Silva's Motion to Dismiss Indictment (Doc. 40) is DENIED.

**DONE AND ORDERED** at Tampa, Florida on October 25, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services